# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 02, 2025

**\*\*2ND NOTICE\*\***

John Charles Brinkerhoff Jr.
Anthony John Dick
JONES & DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113

Vincent O. Chadick
QUATTLEBAUM & GROOMS
Suite 310
4100 Corporate Center Drive
Springdale, AR  72762-0000

Steven W. Quattlebaum
Robert Ryan Younger
QUATTLEBAUM & GROOMS
Suite 1900
111 Center Street
Little Rock, AR  72201-0000

Kristin Kate Zinsmaster
JONES & DAY
Suite 4950
90 S. Seventh Street
Minneapolis, MN  55402

RE:  25-1752  London Luxury LLC v. Walmart, Inc.

Dear Counsel:

In reviewing the appendix in the above case, we noted the following deficiency(s). **Please mail or hand-deliver new copies of the appendix within 5 days of the date of this notice.**

**X**     DOUBLE-SIDED. Please reproduce the record with single-sided pages.

**X**     CERTIFICATE OF SERVICE showing service of the appendix upon opposing counsel is missing.

Susan E. Bindler
Clerk of Court

HAG

cc:     Rebecca Wernicke Anthony
        Lee Armstrong
        Bart W. Calhoun
        Benjamin Chasan
        Jamie Crooks
        Brendon Demay
        Gregory Dubinsky
        Cealagh P. Fitzpatrick

Daniel M. Horowitz  
Jonathon La Chapelle  
Thomas E. Lynch  
Lauren McCauley  
Ian Miller  
Katherine E. Nugent  
Scott Paris Richardson  
Victoria Roeck  
Jonathan Schaffer-Goddard  
Karen Sebaski  
Michael S. Shuster  
Priyanka Timblo