No. 25-1752

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

LONDON LUXURY LLC,

*Appellee-Cross-Appellant*,

v.

WALMART INC,

*Appellant-Cross-Appellee*.

On Appeal from the United States District Court
for the Western District of Arkansas
Nos. 5:22-cv-05059-TLB

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b), Appellant Walmart Inc. respectfully requests a 30-day extension of the deadline for filing the reply brief in this appeal, up to and including December 17, 2025. In support of this motion, Walmart states as follows:

1. Walmart's reply brief was originally due on October 6, 2025, but this Court previously granted two extensions of 21 days. Walmart's reply brief is currently due on November 17, 2025. The 30-day extension requested here would make that brief due on December 17, 2025. *See* Fed. R. App. P. 26(a).

1

2. This request for an extension of time is filed well in advance of the deadline. This request is made out of necessity and not for purposes of delay.

3. There is good cause to grant the motion.

a. Walmart is appealing from a jury verdict that was the product of several years of litigation, numerous claims, and a 12-day jury trial. The record on appeal is substantial, consisting of thousands of pages in trial transcripts, several hundred trial exhibits, a voluminous evidentiary record on appealable non-trial decisions, and thousands of pages of records related to other filings.

b. The principal briefs in this appeal implicate a wide range of this evidence, including nearly all of the separate summary-judgment and trial records.

c. Additionally, counsel has other professional obligations that have arisen during the relevant time period, including:

- A confidential new matter expected to be filed on behalf of a client in mid-November;

- A motion to dismiss due on November 14 in *Top Office Pros Business Services, Inc. v. JPMorgan Chase Bank, N.A.*, Case No. 25-26414-WPD (S.D. Fla.);

- An opening brief on the merits due on December 4 in *Flowers Foods, Inc. v. Brock*, 24-935 (U.S.);

- An ongoing multi-week trial expected to conclude in November or December in *Florida Health Sciences Center, Inc., v. Sackler*, No. 19-018882 (Fla. Cir. Ct.).

4. Walmart's counsel has conferred with counsel for Appellee, and Appellee consents to this motion.

5. For the foregoing reasons, Walmart respectfully requests that the time to file Walmart's reply brief be extended by 30 days, making that brief due on December 17, 2025.

Dated: November 5, 2025

Kristin K. Zinsmaster
JONES DAY
90 South Seventh Street
Suite 4950
Minneapolis, MN 55402
(612) 217-8861
kzinsmaster@jonesday.com

Steven W. Quattlebaum
R. Ryan Younger
QUATTLEBAUM, GROOMS &
TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
(501) 379-1700
quattlebaum@qgtlaw.com

Respectfully submitted,

/s/ *John C. Brinkerhoff Jr.*
Anthony J. Dick
John C. Brinkerhoff Jr.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939
ajdick@jonesday.com

Vincent O. Chadick
QUATTLEBAUM, GROOMS &
TULL PLLC
4100 Corporate Center Dr.
Springdale, AR 72762
(479) 444-5200
vchadick@qgtlaw.com

*Counsel for Walmart Inc.*

# CERTIFICATE OF COMPLIANCE

1.  This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), the document contains 358 words.

2.  This motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced, serif typeface using Microsoft Word in 14-point Times New Roman.

3.  This motion complies with Local Rule 28A(h)(2) because it has been scanned for viruses and is virus free.

Dated: November 5, 2025                Respectfully submitted,

/s/ *John C. Brinkerhoff Jr.*
*Counsel for Walmart Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 5, 2025, the foregoing document was filed with the Clerk of the Court for the U.S. Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: November 5, 2025                          Respectfully submitted,

                                                               /s/ *John C. Brinkerhoff Jr.*

                                                               *Counsel for Walmart Inc.*